ACCEPTED
01-15-00268-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/4/2015 4:39:10 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00268-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/4/2015 4:39:10 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1450059

In the 177th District Court
Of Harris County, Texas

———————◆———————

## TONI TAVAREZ
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

———————◆———————

## STATE'S FIRST MOTION FOR EXTENSION
## OF TIME TO FILE BRIEF

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for murder. (CR 8). The appellant pleaded not guilty, but a jury found her guilty as charged. (CR 329, 340). The

jury assessed punishment at fifty years' confinement. (CR 339, 340). The trial court certified the appellant's right of appeal, and the appellant filed a timely notice of appeal. (CR 313, 343).

2. The State's brief is due on November 4, 2015. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's first request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. This case was assigned to the undersigned attorney on October 14, 2015. Since then, the undersigned attorney has worked on the following matters:

        1. *Ex parte* Hugo Steve Ramirez
           No. 14-15-00323-CR
           Brief filed October 21, 2015

        2. Marcus Jamez Lewis
           No. 14-14-00779-CR
           Oral argument held October 28, 2015

        3. Judist Broussard
           No. 01-15-0074-CR
           Brief filed October 30, 2015

        4. Stuart Adam Latham
           No. 01-15-00139-CR
           Brief filed November 3, 2015

        5. Christopher Dewa Washington
           No. 01-14-00366-CR
           Oral argument held November 4, 2015

b. On October 19, 2015, the undersigned attorney took the examination for board certification in criminal appellate law. Preparation for this exam consumed considerable time on nights and weekends, preventing the undersigned attorney from putting in extra time on pending briefs.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,


/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
713.274.5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

## CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Daucie Schindler
daucie.schindler@pdo.hctx.net

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
713.274.5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: November 4, 2015